IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-61704-CIV-ALTONAGA/BANDSTRA

BIOVAIL LABORATORIES
INTERNATIONAL SRL
a corporation of Barbados,

   Plaintiff,

v.

ABRIKA LLLP, a Limited Partnership,
ABRIKA PHARMACEUTICALS, INC., a
corporation of Florida and
ABRIKA PHARMACEUTICALS LLLP,

   Defendants.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Biovail Laboratories International SRL and Defendant/Counterclaim-Plaintiff Actavis South Atlantic LLC, successor-in-interest to Abrika LLLP, Abrika Pharmaceuticals, Inc. and Abrika Pharmaceuticals LLLP ("Actavis"), pursuant to Rule 41(a)(1)(ii), FED. R. CIV. P., hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Date July 30, 2007

By: /s/ Philippe Bennett
Philippe Bennett, Esq.
Amy S. Manning, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10021

Thomas E. Scott, Esq.
Scott Allan Cole, Esq.
COLE, SCOTT & KISSANE, P.A.
Pacific National Bank Building
1390 Brickell Avenue, Third Floor
Miami, FL 33131

Cary S. Kappel, Esq.
Clifford Marc Davidson, Esq.

By: /s/
Samuel A. Danon, Esq. (FBN 892671)
Nancy J. Flint, Esq. (FBN 164623)
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
sdanon@hunton.com
nflint@hunton.com

Thomas G. Slater, Jr., Esq. *pro hac vice*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street

| | |
|---|---|
| DAVIDSON, DAVIDSON & KAPPEL, LLC<br>485 Seventh Avenue, 14th Floor<br>New York, New York 10018<br><br>*Attorneys for Defendants*<br>ABRIKA LLLP; ABRIKA PHARMACEUTICALS, INC.; and ABRIKA PHARMACEUTICALS LLLP | Richmond, VA 23219-4074<br>Tel. No. (804) 788-8475<br>Fax No. (804) 788-8218<br>tslater@hunton.com<br><br>Estelle J. Tsevdos, Esq., Ph.D. *pro hac vice*<br>Donna M. Praiss, Esq. *pro hac vice*<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0136<br>Tel. No. (212) 309-1000<br>Fax No. (212) 309-1100<br>etsevdos@hunton.com<br>dpraiss@hunton.com<br><br>*Attorneys for Plaintiff*<br>   BIOVAIL LABORATORIES INTERNATIONAL, SRL |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge